IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TERRY L. WINTERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **00-405-CJP** |
| | ) | |
| **FRU-CON, INC.,** | ) | |
| | ) | |
| Defendant | | |

**ORDER**

**PROUD, Magistrate Judge:**

The Court has been advised by counsel that the third party complaint for declaratory judgment filed by Aurora Foods, Inc., n/k/a Pinnacle Foods Group, Inc., **(Doc. 143)**, has been settled.

**IT IS HEREBY ORDERED** that the third party complaint for declaratory judgment filed by Aurora Foods, Inc., n/k/a/ Pinnacle Foods Group, Inc., **(Doc. 143)** is dismissed <u>without prejudice</u>, without costs, and with the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

The dismissal will be <u>with prejudice</u> 60 days after the date of this Order. The Court retains jurisdiction over this matter for purposes of settlement enforcement.

Judgment shall enter accordingly.

The final pretrial conference set for April 22, 2005, is cancelled.

**IT IS SO ORDERED.**

**DATED: April 20, 2005.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**